UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Shelley Hanson

Plaintiff,

v.

Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia; and Jay Fishman, an individual and an employer,

Defendants.

**STIPULATION TO EXTEND IME AND EXPERT DISCLOSURE DEADLINES**

00-1900 JMR/FLN

The parties, through their respective under-signed counsel agree that the deadlines for the Defendants' IME of the Plaintiff may be extended to August 15, 2001, that plaintiff's expert witness disclosure (including report) is to be served on or before August 15, 2001 and that Defendants' expert witness disclosure (including report) is to be served on or before September 15, 2001. The parties intend to perform "primary" discovery prior to July 30, 2001, agree to mediate this case on or before July 30, 2001, and in the event mediation is not successful, would need an additional 30 days to conclude discovery. The parties therefore request that the Court extend the discovery deadline by 30 days (to September 1, 2001) and that it amend the Pre-Trial Scheduling Order to reflect the revised dates contained in this stipulation.

FILED JUN 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**STIPULATION BY PLAINTIFF:**

**JILL CLARK, P.A.**

Dated: 5/22/01

By: Jill Clark (License #80226)
Attorney for Plaintiff
2005 Aquila Avenue North
Golden Valley, MN 55427
763-417-9102

**STIPULATION BY DEFENDANTS:**

**BASSFORD, LOCKHART, TRUSDELL & BRIGGS, P.A.**

Dated: 5/25/01

By: Louis J. Speltz (license 15912)
Kelly A. Putney (License 237577)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

**ORDER**

**WHEREAS,** the parties have agreed to the deadline contained in the stipulation, and it is hereby ordered that:

1. The IME of the Plaintiff shall be completed on or before August 15, 2001.
2. Plaintiff's Expert Witness Disclosure required by Rule 26(a)(2)(B) shall be served on or before August 15, 2001. Defendants' Expert Witness Disclosure required by Rule 26(a)(2)(B) shall be served on or before September 15, 2001;
3. The discovery deadline is extended to September 1, 2001;
4. The parties will mediate this case on or before July 30, 2001;
5. The Court's Pretrial Scheduling Order dated November 28, 2000 is hereby amended to reflect the above dates.

Dated: June 5, 2001

Magistrate Judge Franklin Noel
United States District Court