UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shelley Hanson,

Plaintiff,

Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia; and Jay Fishman an individual and an employer,

Defendants.

Civil Case No. 00-~~CR~~ CV-1900-JMR/FLN

**STIPULATION FOR AND PROTECTIVE ORDER**

**WHEREAS**, the parties to the above-captioned action desire to expedite and facilitate the discovery process in this action; and

**WHEREAS**, the parties are sensitive to the confidential nature of the information contained in the plaintiff's psychological and medical reports as well as other information regarding the physical and mental condition of the plaintiff;

**NOW, THEREFORE**, it is stipulated and agreed among the parties, by their counsel, as follows:

1. The Court may issue the Protective Order set forth at the end of this document upon the ex-parte application of any party to this Stipulation.

2. All medical/psychological information concerning the medical and/or psychological condition of the plaintiff, or income/tax information relating to Plaintiff, whether produced by the plaintiff or obtained by the defendants pursuant to the plaintiff's authorization shall be deemed confidential and not disclosed in any form to any person without further Order of the Court, except that said information may be disclosed to the following:

JUL 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(a) the parties: which for purposes of the defendant Minnesota Sinfonia, shall mean its General Counsel and President of the Board of Directors, but not other Board members and not any players, including but not limited to any players who attend board meetings, whether or not those players are liaisons to the Board, or even Board members; and for purposes of the insurere, shall mean Rita Stott and those others within the insurance company that have a legitimate need to know concerning this specific case;

(b) counsel and such of their staff and employees who are directly involved in the preparation or trial of this casc;

(c) experts and/or consultants retained by the parties;

(d) court reporters employed for depositions where confidential documents are referred to by a deponent-witness;

(e) the Court, its personnel, and any jurors empanelled; and

(f) any mutually selected mediator/arbitrator.

3. All confidential information, and any and all copies thereof disclosed to any person described above, shall be returned to the plaintiff within a reasonable time after the final disposition of this action.

4. Prior to any disclosure of such information to any person described in either 2(a) or 2(c) above, said person shall agree in writing to be bound by the terms of this Order, and a copy of said written agreement (in the form attached as Exhibit A) shall be provided to the plaintiff's attorney within ten (10) days of such agreement.

5. The foregoing provisions are without prejudice to the right of any party to apply to the court for any further protective order relating to confidential documents or information, for an order compelling production of documents, or for modification of this Stipulation and Protective Order, or for an order permitting the disclosure of any confidential documents or information beyond the terms of this Order.

**So stipulated:**

Date: 7/3/01

JILL CLARK, P.A.
ATTORNEY FOR PLAINTIFF

By: 
Jill Clark, Esq. ~~#196988~~
2005 Aquila Avenue North
Golden Valley, MN 55427
Phone: 612-417-9102 Fax: 612-417-9112

Date: 7/9/01

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.
ATTORNEYS FOR DEFENDANTS

By: Louis J. Speltz (#152912)
Kelley Putney (#~~152912~~) 237577
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

***

**IT IS SO ORDERED:**

Date: July 17, 2001

Magistrate Judge Franklin Noel
United States District Court

**EXHIBIT A**
**TO STIPULATED PROTECTIVE ORDER**

I have read the Stipulated Protective Order of record in the case of *Shelley Hanson v. Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia, and Jay Fishman,* United States District Court Civil Action No. 00-CR-1900. In consideration for the disclosure to me of information designated as confidential in this proceeding, I agree to be bound by its terms and hereby submit to the jurisdiction of the United States District Court for the District of Minnesota, should I breach any of its terms.

Dated:_________________

_____________________________________
Print name: