**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Shelley Hanson,

Plaintiff,

v.

Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia; and Jay Fishman, an individual and an employer,

Defendants.

Civil No. 00-CR-1900 JMR/FLN

**STIPULATION TO EXTEND PRETRIAL SCHEDULE DEADLINES AND ORDER**

---

The parties, through their respective undersigned counsel, hereby agree that the deadlines set forth in the Pretrial Schedule of November 28, 2000, as well as the deadlines agreed to in the parties' Stipulation to Extend IME and Expert Disclosure Deadlines filed on June 6, 2001, may be extended as follows:

1. Discovery/Non-Dispositive Motions

   a. All discovery shall be commenced in time to be completed by October 15, 2001.

   b. No more than one Rule 35 medical examination shall be taken and shall be completed on or before October 1, 2001.

   c. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by October 15, 2001.

2. Expert Disclosure and Discovery

   a. Disclosure of the identity and report of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1. By plaintiff on or before October 1, 2001.

FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. By defendant on or before November 1, 2001.

3. Dispositive Motions

a. All dispositive motions shall be filed and scheduled for hearing prior to November 15, 2001.

4. Mediation

a. The parties will mediate this case on or before September 15, 2001.

5. Trial

a. This case shall be ready for trial on and after December 10, 2001, at which time it will be placed on the court's jury trial calendar.

The parties agree and understand that all other aspects of the Pretrial Schedule dated November 28, 2000, are unchanged. The parties request that the Court extend the deadlines as indicated herein.

**STIPULATION BY PLAINTIFF:**

Dated: 7/13/01

**JILL CLARK, P.A.**

By ______________________

Jill Clark (License #80226)
Attorneys for Plaintiff
2005 Aquila Avenue North
Golden Valley, Minnesota 55427
(763) 417-9102

**STIPULATION BY DEFENDANTS:**

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 7/12/01

By ______________________

Louis J. Speltz (License #152912)
Kelly A. Putney (License #237577)
Ann S. Grayson (License #0258106)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER**

**WHEREAS,** the parties have agreed to the deadlines contained in the Stipulation, and it is hereby ordered that:

1. The discovery deadline is extended to October 15, 2001;

2. All non-dispositive motions shall be served by October 15, 2001;

3. All dispositive motions shall be filed and scheduled for hearing prior to November 15, 2001;

4. The IME of the plaintiff shall be completed on or before October 1, 2001;

5. Plaintiff's expert witness disclosure (and report) required by Rule 26(a)(2)(B) shall be served on or before October 1, 2001. Defendant's expert witness disclosure (and report) required by Rule 26(a)(2)(B) shall be served on or before November 1, 2001;

6. The parties will mediate this case on or before September 15, 2001;

7. This case shall be ready for trial on or after December 10, 2001;

8. The Court's Pretrial Scheduling Order dated November 28, 2000, and the Stipulation and Order dated June 5, 2001, are hereby amended to reflect the above dates.

Dated: August 29, 2001

Franklin L. Noel
Magistrate Judge Franklin Noel
Judge of United States District Court

289912.WPD