UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Case No. 00-CR-1900-JMR/FLN

Shelley Hanson,

Plaintiffs,

vs.

Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia; and Jay Fishman, an Individual,

Defendants.

**STIPULATION AND ORDER FOR EXPANSION OF PROTECTIVE ORDER REGARDING DOCUMENTS RELATING TO PLAINTIFF**

**WHEREAS**, the parties mutually stipulated to the confidentiality of certain documents relating to Plaintiff; the Court signed the Order on July 18, 2001;

**WHEREAS**, the parties agree that documents produced by the Minnesota Opera shall also be covered by the July 18, 2001 Protective Order and that, pursuant to ¶4 of that Order, an Exhibit A shall be signed by all who view the documents;

**So stipulated:**

Date: 11/19/01

JILL CLARK, P.A.
ATTORNEY FOR PLAINTIFF

By: ____________________
Jill Clark, Esq. #196988
2005 Aquila Avenue North
Golden Valley, MN 55427
Phone: 612-417-9102 Fax: 612-417-9112

FILED NOV 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Date: 19 Nov 01

BASSFORD, LOCKHART, TRUESDELL
& BRIGGS, P.A.
ATTORNEYS FOR DEFENDANTS

By: ~~Louis J. Speltz (#152912)~~ Frederick Finch (#29191)
Kelley Putney (#152912)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

***

**IT IS SO ORDERED:**

Date: Nov. 21, 2001

Magistrate Judge Franklin Noel
United States District Court

**EXHIBIT A**
**TO STIPULATED PROTECTIVE ORDER**

I have read the Stipulated Protective Order of record in the case of *Shelley Hanson v. Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia, and Jay Fishman,* United States District Court Civil Action No. 00-CR-1900. In consideration for the disclosure to me of information designated as confidential in this proceeding, I agree to be bound by its terms and hereby submit to the jurisdiction of the United States District Court for the District of Minnesota, should I breach any of its terms.

Dated:________________ ________________________________________
Print name:

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500