UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1900(JMR/FLN)

| | | |
|---|---|---|
| Shelley Hanson | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Friends of Minnesota Sinfonia | ) | |
| and Jay Fishman | ) | |

Plaintiff objects to the Report and Recommendation, issued November 21, 2001, by the Honorable Franklin L. Noel, United States Chief Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for partial summary judgment is denied. [Docket No. 29.]

2. Defendants' motion for summary judgment is granted. [Docket No. 35.]

3. Plaintiff's remaining state law claims are dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 10th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
JAN 11 2002
JUDGEMENT ENTERED JAN 11 2002
DEPUTY CLERK'S INITIALS ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Warnert, Paul's: Bobby & Steve's Autoworld-Jordan,

Plaintiffs,

v.

City of Minneapolis,

Defendant.

Civil No. 01-1913 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by March 1, 2002.

   b. All discovery shall be commenced in time to be completed by September 1, 2002.

   c. No more than 30 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 20 Requests for Admission shall be served by any party.

   e. No more than 20 Document Requests shall be served by any party.

   f. No more than 10 depositions shall be taken by any party.

JAN 11 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by September 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before May 1, 2002.

2) By Defendant(s) on or before June 1, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before May 1, 2002.

2) By defendant(s) on or before June 1, 2002.

c. Each party may depose no more than 2 expert witnesses on or before September 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to October 1, 2002.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial on and after December 1, 2002, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 3 trial days.

DATED: JAN 10, 2002.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge