UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Case No. 00-CV-1900-JMR/FLN

Shelley Hanson,

Plaintiffs,

vs.

Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia; and Jay Fishman, an Individual,

Defendants.

**STIPULATION AND ORDER TO RETAIN COURT DOCUMENTS**

**WHEREAS,** this case was dismissed by this Court by dismissal with prejudice of certain claims and dismissal without prejudice of the remaining state law claims;

**WHEREAS**, Plaintiff Hanson timely appealed from the judgment to the United States Court of Appeals for the Eighth Circuit ("Eighth Circuit");

**WHEREAS**, the Eighth Circuit affirmed the judgment and denied a petition for rehearing or rehearing *en banc*;

**WHEREAS**, after Hanson filed her petition for rehearing *en banc*, the Supreme Court of the United States ("Supreme Court") decided Clackamas v. Gastroenterology Assoc., P.C. v. Wells, __ U.S. __, 123 S.Ct. 1673 (April 22, 2003), which Plaintiff believes has direct bearing on the legal issues on appeal;

WHEREAS, Plaintiff, through her counsel, represents that she is preparing and plans to file a timely Petition for Certiorari with the Supreme Court;

FILED AUG 2 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________

WHEREAS, the clerk has in his possession documents filed under seal which, under Local Rule LR79.1(d), must be withdrawn or disposed of; and

WHEREAS, the foregoing circumstances constitute good cause for a request that the documents filed under seal be retained by the clerk pending final resolution of the case on appeal;

NOW, THEREFORE, the parties through their undersigned attorneys jointly request and stipulate that the Court may enter an order directing that the documents in the clerk's file relating to this case, including documents filed under seal, shall be retained until such time as the Supreme Court has acted on Plaintiff's Petition for Certiorari, and if there are later federal court proceedings, until such time as all federal court proceedings have been concluded.

***

So stipulated:

Dated: 8/13/03

**JILL CLARK, P.A.**

By: ____________________
Jill Clark, Esq. #196988
Attorney for Plaintiff
2005 Aquila Avenue North
Golden Valley, MN 55427
Phone: 763-417-9102

So stipulated:

**BASSFORD REMELE, A Professional Association**

Dated: 8/6/03

By ____________________
Frederick E. Finch (License #29191)
Attorneys for Defendants
33 South Sixth Street, Suite 3550
Minneapolis, Minnesota 55402-3787
(612) 333-3000

ORDER

Upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED, that the Clerk shall retain the entire file, including documents filed under seal in this action until final disposition of the plaintiff's Petition to the United States Supreme Court for a Writ of Certiorari to review the decision of the United States Court of Appeals for the Eighth Circuit in this matter. Upon the final disposition of the Petition and any subsequent action of an appellate court, or upon plaintiff's failure to timely file a Petition for a Writ of Certiorari, the Clerk shall notify the parties of the requirements of Local Rule LR 79.1(d) and may destroy the said documents if they are not timely withdrawn by the parties.

Dated: August 18, 2003

James M. Rosenbaum
Chief Judge of United States District Court