UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shelley Hanson, Court File No. 00-CV-1900 JMR/RLN

Plaintiff

vs.

Friends of Minnesota Sinfonia, d/b/a Minnesota Sinfonia, and Jay Fishman, an Individual and an employer,

Defendants

# *ATTACHMENTS*

# TO

# BILL OF COSTS

| | |
|---|---|
| Witness Fees | 47.60 |
| Medical records | 134.64 |
| Expert | 1,300.00 |
| Depositions | 2,792.71 |
| Transcripts | 53.25 |
| | $4,328.20 |

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.** 14649

Rachel Brudnoy 09/19/2001 $47.60

| Inv.Date | Inv.No. | Invoice Description | Amount |
|---|---|---|---|
| 09-19-01 | 151-18 | Witness fee and mileage. | 47.60 |

14649 Total: **$47.60**

**BASSFORD, LOCKHART,**
**TRUESDELL & BRIGGS, P.A.**
3550 MULTIFOODS TOWER
MINNEAPOLIS, MN 55402

**US BANK**
24-HOUR BANKING
1-800-673-3555
17-2/910 100

14649

CHECK NO. 14649

***Forty-Seven and 60/100 Dollars***---------------------------------------------------------------

DATE 09/19/2001 AMOUNT $47.60

**CHECKS OVER $500.00 REQUIRE 2 SIGNATURES**
**VOID AFTER 6 MONTHS**

PAY TO THE ORDER OF **Rachel Brudnoy**

Christine J. Hesse

AUTHORIZED SIGNATURE

⑈014649⑈ ⑆091000022⑆ 1602326560 35⑈

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

# SimTek Corporation

**Invoice**

Invoice Number: HC3102

Invoice Date: Jul 23, 2001

**Health Information Management Services**

**Suite 121**
**4550 West Seventy Seventh**
**Minneapolis, MN 55435**
**612-831-7472**

**Federal Tax I.D.- 41-1768394**

JUL 25 2001

**Requested by:** *DEBRA SAPLIS*
*Bassford Lockhart et al.*
*3550 Multifoods Tower*
*33 South 6th St.*
*Minneapolis, MN 55402-3787*

**Customer ID**

BAS333

**Medical Facility:** **Hennepin County Medical Center**

**Patient Name:** ***HANSON, SHELLEY***

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | retrieval fee | 13.07 | 13.07 |
| 10.00 | page cost | 0.99 | 9.90 |
| | postage and handling | | 2.78 |

| | |
|---|---|
| Subtotal | 25.75 |
| Sales Tax | 1.61 |
| Total Invoice | 27.36 |
| Payment Received | |

Check No:

**TOTAL** **$27.36**

**PAYMENT DUE UPON RECEIPT**

ALL CHARGES COMPLY WITH EITHER MN STATUTE 144.335 SUB 2 OR MN RULE 5219.0100-0300. SEND ALL PAYMENTS TO SIMTEK CORPORATION 4550 W. 77TH ST. #121 MINNEAPOLIS, MN 55435. PLEASE REFERENCE INVOICE NUMBER TO PROPERLY CREDIT YOUR ACCOUNT. ANY PAYMENTS OVER 30 DAYS MAY CAUSE YOUR FIRM'S FUTURE REQUEST TO BE HELD FOR PREPAYMENT.

Ok to pay
Debra A Saplis
7/26/01
151-18

NORAN NEUROLOGICAL CLINIC

HEALTH INFORMATION SERVICES
910 E 26TH Street, Ste 110
Minneapolis, MN 55404
612.879.1560 Fax 612.879.0722

# INVOICE

| INVOICE NO: | 1139 |
|---|---|
| DATE: | 8/7/01 |

Federal tax ID# 41-098-4062

AUG - 8 2001

TO: BASSFORD, LOCKHART, TRUESDELL
DEBRA A SAPALIS
3550 MULTIFOODS TOWER
33 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402-3787

| DATE INVOICED | DATE DUE |
|---|---|
| | |

| QUANTITY | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|
| | Medical Request information for HANSON, SHELLY - 8/26/51 | | |
| 7 | Pages Copied | $0.99 | $6.93 |
| | Chart Retrieval Fee | $13.05 | $13.05 |
| | Certification Fee | $0.00 | $0.00 |
| | *Note:* | | |
| | | TAX | $1.30 |
| | | POSTAGE | $0.57 |
| | | TOTAL DUE | $21.85 |

**Make all checks payable to:** NORAN NEUROLOGICAL CLINICS
**Please include:** Invoice #, Patient Name and DOB

**Please do not combine payment for copies of medical records with payments regarding patient accounts.**

OK to pay
Debra A Sapalis
8/8/01
151-18

**THANK YOU FOR YOUR REQUEST!**

| Invoice Number |
|---|
| 972737 |

CopyMed Incorporated
6875 Highway 65 NE
Fridley, MN 55432
Federal ID Number: 41-1555449

Phone: (612) 572-0802
Fax: (612) 572-0902
Date 08/17/01

To:
DEBRA SAPLIS
BASSFORD LOCKHART TRUESDELL BRIGGS
33 SO SIXTH ST STE 3550
MINNEAPOLIS MN 55402-3787

AUG 20 2001

Invoice for photocopies of medical records from: ALLINA MEDICAL CLINIC WEST HEALTH

Number of Pages Sent: 42

Copied on 08/15/01

| | |
|---|---|
| Photocopy Charge: | 41.58 |
| Retrieval Fee: | 13.08 |
| Postage: | 1.95 |
| Sales Tax: | 3.82 |
| Certification Fee: | 0 |
| Itemized Statement Fee: | 0 |

Patient Information:

HANSON SHELLEY

SSN: 577621907
Date of Birth: 08/26/51

Less Check #:

**Balance Due** 60.43

**BALANCE DUE UPON RECEIPT**

**Include Invoice number on your check and make checks payable to:** ***CopyMed, Inc.***

ok to pay
Debra A Saplis
8/20/01

Claim #:
File #: 151 00 0018
Admit Date: ALL

To assist you with billing, our invoices are either faxed or mailed to your office. The medical records will come under separate cover.

**Our Goal: "To provide professional assistance and quality services and goods to satisfy the needs of our customers."**

As of March 1, 1997 we have adjusted our prices to reflect the change in the consumer price index (CPI-U) which is published by the Department of Labor. This increase is in accordance with Minnesota State Statute 144.335.

AUG 1 6 2001

**Dakota Medical Clinic, P.A.**
Michael Dole, MD
3408 Dakota Avenue South
St Louis Park, MN 55416-2312

# Medical Records Copying Charges

**Bill to:**

| PATIENT NAME | DOB | SS# | # PAGES | Chart Maintenance Fee | Copying @ $1.00/page | Total Due |
|---|---|---|---|---|---|---|
| Shelly Hanson | 8-26-51 | | 20 | $5.00 | 20 – | 25 – |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | $5.00 | | |
| | | | | | TOTAL DUE= | 25 – |

Medical Record Statement 7/98

OK to pay
Debra Adagler
8/16/01
151-18

Ronald D. Groat, M.D.
Board Certified Psychiatrist

Drew Professional Building
6525 Drew Avenue S.
Edina, MN 55435
(612) 920-6748 Fax (612) 922-9172

DATE: 12/04/01

BILLING ADDRESS/CONTACT: Bassford Lockhart Truesdell & Briggs, P.A.
3550 Multifoods Tower
33 South 6th Street
Mpls MN 55402-3787

CONSULTATION/EXAMINATION RE: Shelly Hanson
Your File# 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

SERVICES PROVIDED:

| | |
|---|---|
| 10/18/01 | 2½ hour record review |
| 10/24/01 | ¼ hour record review |
| 10/25/01 | ½ hour record review |

TOTAL HOURS AT $400.00 PER HOUR: 3.25 hours = $1300.00 - retainer of $1200.00
$100.00 TOTAL OWING

MAKE CHECK PAYABLE TO DR. RONALD D. GROAT - TAX ID# 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

Paradigm Reporting & Captioning Inc.
1400 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 339-0545 Fax (612) 337-5575

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14929 | 09/26/2001 | 02-2811 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/13/2001 | NORMJA | 00-CR-1900-JMR/I |

| CASE CAPTION |
|---|
| Shelley Hanson vs. Friends of Minnesota Sinfonia, et al. |

| TERMS |
|---|
| Net 30 |

Louis J. Speltz, Esq.
Bassford, Lockhart, Truesdell & Briggs, P. A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Regular copy-Transcript of:
Jay E. Fishman — 478.55
Condensed Copy
Word Index
Exhibits
Delivery Charges

**TOTAL DUE >>>> 478.55**

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

Paradigm Reporting & Captioning Inc. thanks you for your business.

TAX ID NO. : 41-1887042 (612) 376-1632

*Please detach and return this portion with your payment*

Louis J. Speltz, Esq.
Bassford, Lockhart, Truesdell & Briggs, P. A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Invoice No. : 14929
Date : 09/26/2001
**TOTAL DUE : 478.55**

Job No. : 02-2811
Case No. : 00-CR-1900-JMR/FLN
Shelley Hanson vs. Friends of Minnesot

Remit To: **Paradigm Reporting & Captioning Inc.**
**1400 Rand Tower**
**527 Marquette Avenue South**
**Minneapolis, MN 55402**

**Affiliated Court Reporters**
**2935 Old Highway 8**
**St. Paul, Minnesota 55113**

| DATE | INVOICE # |
|---|---|
| 10/4/01 | 2105 |

Frederick E. Finch
Bassford, Lockhart, Truesdell & Briggs
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402

| RE: | Hanson vs. Friends of Minnesota Sinfonia | TERMS: NET 30 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| For the Original and One Copy of the Deposition of Shelley Hanson, taken September 25, 2001. | 1,173.36 |

Thank you,

Patricia A. Hulse

Make Check Payable to:

Affiliated Court Reporters
Fed ID #41-1547847

If you have any questions regarding this bill,
please call (651) 455-6554.

| | |
|---|---|
| Total | $1,173.36 |

Paradigm Reporting & Captioning Inc.
1400 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 339-0545 Fax (612) 337-5575

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 15347 | 10/23/2001 | 02-3407 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/11/2001 | NORMJA | 00-CR-1900-JM |

**CASE CAPTION**

Shelley Hanson vs. Friends of Minnesota Sinfonia, et al.

**TERMS**

Net 30

Kelly A. Putney, Esq.
Bassford Remele, A Professional Association
3800 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Regular copy-Transcript of:
David B. Zimmerman — 72.60
Condensed Copy
Word Index

**TOTAL DUE >>>> 72.60**

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

Paradigm Reporting & Captioning Inc. thanks you for your business.

**TAX ID NO.:** 41-1887042

(612) 333-3000 Fax (612) 333-2289

*Please detach bottom portion and return with payment.*

Kelly A. Putney, Esq.
Bassford Remele, A Professional Association
3800 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Invoice No.: 15347
Date : 10/23/2001
**TOTAL DUE : 72.60**

Job No. : 02-3407
Case No. : 00-CR-1900-JMR/FLN
Shelley Hanson vs. Friends of Minnes

Remit To: **Paradigm Reporting & Captioning Inc.**
**1400 Rand Tower**
**527 Marquette Avenue South**
**Minneapolis, MN 55402**

Paradigm Reporting & Captioning Inc.
1400 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 339-0545 Fax (612) 337-5575

RECEIVED

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 15345 | 10/23/2001 | 02-3396 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/11/2001 | NORMJA | 00-CR-1900-JMR/I |

| CASE CAPTION |
|---|
| Shelley Hanson vs. Friends of Minnesota Sinfonia, et al. |
| **TERMS** |
| Net 30 |

Kelly A. Putney, Esq.
Bassford, Lockhart, Truesdell & Briggs, P. A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

| | | |
|---|---|---|
| Regular copy-Transcript of: | | |
| Mary L. Bahr | | 238.65 |
| | Condensed Copy | |
| | Word Index | |
| | Exhibits | |
| Regular copy-Transcript of: | | |
| Peter M. Johnson | | 141.80 |
| | Condensed Copy | |
| | Word Index | |
| | Exhibits | |
| | Delivery Charges | - |
| | TOTAL DUE >>>> | 380.45 |

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

Paradigm Reporting & Captioning Inc. thanks you for your business.

TAX ID NO.: 41-1887042 (612) 376-1632

*Please detach and return this portion with your payment*

Kelly A. Putney, Esq.
Bassford, Lockhart, Truesdell & Briggs, P. A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Invoice No.: 15345
Date : 10/23/2001
**TOTAL DUE : 380.45**

Job No. : 02-3396
Case No. : 00-CR-1900-JMR/FLN
Shelley Hanson vs. Friends of Minnesot

Remit To: **Paradigm Reporting & Captioning Inc.**
**1400 Rand Tower**
**527 Marquette Avenue South**
**Minneapolis, MN 55402**

TO:

Frederick E. Finch, Esq.
BASSFORD LOCKHART TRUESDELL & BRIGGS P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

**METROPOLITAN COURT REPORTERS, INC.**
Remit to: 2350 One Financial Plaza
Minneapolis, Minnesota 55402
612/333-7333

November [illegible], 2001

Re: Shelly Hanson v. Friends of Minnesota Sinfonia, et al.

10-31-01 For Services rendered in connection with the Original and One Copy of Volume I of the Deposition of Rachel S. Brudney, taken at Minneapolis, Minnesota . . . . $572.75

Original sealed, enclosed for filing.
One Copy enclosed.

TIMOTHY J. McGOWAN

+ Thank you +

**- Note 30 Line Page -**

Please make check payable to:
**METROPOLITAN COURT REPORTERS**
TAX IDENTIFICATION NO. 41-1249339

**SEND COPY with check**

$572.75

Service Charge of 1% due after 90 days. Finance Charge of 1% per month.

Paradigm Reporting & Captioning Inc.
1400 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 339-0545 Fax (612) 337-5575

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 15820 | 11/30/2001 | 02-4058 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/19/2001 | NORMJA | 00-CR-1900-JMR/I |

| CASE CAPTION |
|---|
| Shelley Hanson vs. Friends of Minnesota Sinfonia, et al. |
| **TERMS** |
| Net 30 |

Frederick E. Finch, Esq.
Bassford, Lockhart, Truesdell & Briggs, P. A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Videotaped Deposition of:
Jay E. Fishman, Vol. II — 115.00
ASCII Disk
Word Index
Exhibits
Delivery Charges

**TOTAL DUE >>>>** 115.00

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

Paradigm Reporting & Captioning Inc. thanks you for your business.

DEC 3

**TAX ID NO.:** 41-1887042

(612) 333-3000

*Please detach and return this portion with your payment*

Frederick E. Finch, Esq.
Bassford, Lockhart, Truesdell & Briggs, P. A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Invoice No. : 15820
Date : 11/30/2001
**TOTAL DUE :** 115.00

Job No. : 02-4058
Case No. : 00-CR-1900-JMR/FLN
Shelley Hanson vs. Friends of Minnesot

Remit To: **Paradigm Reporting & Captioning Inc.**
**1400 Rand Tower**
**527 Marquette Avenue South**
**Minneapolis, MN 55402**

151-18

JANET SHADDIX
& ASSOCIATES

COURT REPORTERS
9100 WEST BLOOMINGTON FREEWAY, SUITE 122
BLOOMINGTON, MN 55431

VOICE 952/888-7687 FAX 952/888-2711
TOLL FREE 1-800-952-0163

# INVOICE

Fred Finch, Esq.
Bassford, Lockhart, Truesdell
and Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

December 19, 2001

Invoice# 00040706

Balance: $53.25

Caption: Federal Court-Chief Magistrate Judge Franklin Noel
Scheduled: 11/02/01 Billed: 12/19/01
Reporter: Colleen Sichko

Charge Description

RECEIVED
DEC 20 2001

Transcript of proceedings, taken November 2, 2001 in the Matter of Shelley Hanson vs Friends of Minnesota Sinfonia and Jay Fishman

File No. 00-1900 (JMR/FLN)

Condensed copy sent via US Mail 12/7/01

Job #18198

1.50% per month on unpaid balance

P l e a s e R e m i t ---> Total Due: $53.25

Federal Tax I.D. #41-1544361

to acctg
12/21

JANET SHADDIX & Associates

INVOICE# 00040706

BALANCE$ 53.25

TERMS: NET 30 DAYS
1.50% per month on unpaid balance