**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the following documents:

Bill of Costs

to be electronically filed with the Clerk of Court through the Court's Electronic Court Filing system.

I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be served upon the following non-ECF participants:

Jill Clark
Jill Clark, P.A.
2005 Aquila Avenue North
Golden Valley, MN 55427

BY:

- [x] U.S. MAIL
- [ ] HAND DELIVERED
- [ ] FEDERAL EXPRESS
- [ ] FACSIMILE
- [ ] OVERNIGHT COURIER
- [ ] OTHER

Dated: June 30, 2004

__s/ Frederick E. Finch__________
Frederick E. Finch (License #29191)
Attorney for Defendants
BASSFORD REMELE,
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
612-333-3000
612-333-8829