**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Shelley Hanson,**

**Plaintiff,**

**v.**

**Friends of Minnesota Sinfonia, et al,**

**Defendants.**

**Case No. 00-CV-1900 (JMR/FLN)**

**PLAINTIFF HANSON'S CERTIFICATE OF SERVICE**

---

I hereby certify that on (date), I caused the following documents: Plaintiff Hanson's Objections to Bill of Costs, to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following: Frederick Finch at fredf@bassford, in behalf of Defendants. The other counsel listed on Doc. 94, Clerk's Notice of Filing of Bill of Costs, includes counsel that are not for the parties, and therefore they are not being served. I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: None.

Dated: July 12, 2004.

**ATTORNEYS FOR PLAINTIFF**

s/Jill Clark

By: Jill Clark, Esq. (196988)
Jill Clark, P.A.
2005 Aquila Avenue North
Golden Valley, MN 55427
PH: 763/417-9102
FX: 763/417-9112