**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shelly Hanson,

Plaintiff, Civil No. 00-1900 (JMR/FLN)

v.

Friends of Minnesota Sinfonia,
d/b/a Minnesota Sinfonia, and
Jay Fishman, an individual and
an employer,

Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $2,845.96 | $0 |
| Fees for Witnesses | $47.60 | $0 |
| Docket Fees under 28 U.S.C. § 1923 | $20.00 | $20.00 |
| Other Costs (Medical Records & Expert Fees) | $1,434.64 | $0 |
| TOTAL: | $4,348.20 | $20.00 |

Costs, therefore, are taxed in the sum of Twenty and 00/100 Dollars ($20.00) in favor of Defendants Minnesota Sinfonia and Jay Fishman, and against Plaintiff Shelly Hanson, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 3, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk