# TAXATION OF COSTS SUMMARY

Civil No. 00-1900 (JMR/FLN)

Shelly Hanson,

v.

Friends of Minnesota Sinfonia,
d/b/a Minnesota Sinfonia, and
Jay Fishman, an individual and
an employer.

---

I. Fees of the Court Reporter

Claimed $2,845.96 Allowed $0

Depositions not shown to be necessarily obtained for use in case.

II. Fees for Witnesses

Claimed $47.60 Allowed $0

Witness fee not authorized under 28 U.S.C. § 1920.

III. Docket Fees Under 28 U.S.C. § 1923

Claimed $20.00 Allowed $20.00

IV. Other Costs (Medical Records and Expert Fees)

Claimed $1,434.64 Allowed $0

Expert fees not authorized under 28 U.S.C. § 1920. Copies of medical records not shown to be necessarily obtained for use in case.

**TOTAL ALLOWED: $20.00**

Dated: September 3, 2004